UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In Re: NICOLAS CHAVEZ                                Case No. 11-32375-HCM

**APPLICATION AUTHORIZING PAYMENT OF UNCLAIMED MONIES INTO THE COURT**

This application by the Trustee to pay into the Court unclaimed monies of the Debtor remaining in the Trustee's account is the result of the unknown whereabouts of the Debtor. The last known address of the Debtor(s) is and the amount of the Debtor's monies are:

| Name and Address of Debtor(s) | Amount of Refund Check |
|---|---|
| NICOLAS CHAVEZ<br>1601 HOWZE<br>EL PASO, TX 79903 | $4,601.31 |

THEREFORE, as provided by 28 U.S.C. Section 2041 and 2042, the Trustee is hereby authorized, by his signature, to pay said monies to the Clerk of the United States Bankruptcy Court for deposit or withdrawal.

Dated: September 23, 2016

/s/Stuart C. Cox
Standing Chapter 13 Trustee
SBN: 00794992
1760 N. Lee Trevino Drive
El Paso, TX 79936
(915) 598-6769 telephone
(915) 598-9002 facsimile